**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Juan Felix,<br><br>Defendant/Movant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br><br>CR-04-0403-PHX-ROS<br>CV-06-1964-PHS-ROS (ECV) |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 18, 2006, the Motion for Time Reduction by an Inmate In Federal Custody Pursuant to 28 U.S.C. Section 2255 is denied and that the civil action opened in connection with this Motion (CV-06-1964-PHX-ROS (ECV)) is dismissed.

RICHARD H. WEARE
District Court
Executive/Clerk

September 18, 2006

s/ Deborah N. Herman
By: Deputy Clerk

cc: (all counsel)